# Alan E. Seneczko

**From:** Victor Arellano <varellano@aplawoffice.com>
**Sent:** Tuesday, August 24, 2021 12:34 PM
**To:** Alan E. Seneczko
**Cc:** oruckstuhl@aplawoffice.com; Doug Phebus
**Subject:** Re: Correa vs. Elite

Alan:

We sent you everything we have.

Thank you,

Victor M. Arellano, Esq.
Arellano & Phebus, S.C.
1468 North High Point Road, Suite 102
Middleton, WI 53562
Telephone: 608.827.7680
Facsimile: 608.827.7681
www.aplawoffice.com

*America's Top 100 Attorneys®*
*Wisconsin Super Lawyer*
*Wisconsin's Leaders in the Law*
*Top Attorneys in Wisconsin*
*Martindale Hubbell® BV® Distinguished™ Rated Attorney*

The information contained in this transmission is intended only for the personal and confidential use of the designated recipient named above. This transmission may be an attorney-client communication, and as such is privileged and confidential. If the receiver of the transmission is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited.

On Tue, Aug 24, 2021 at 12:32 PM Alan E. Seneczko <alseneczko@wesselssherman.com> wrote:

> The recording produced in response to our discovery request appears to be a select excerpt of the conversation. Please send the recording of the complete conversation, as indicated by the Plaintiff upon the conclusion of the meeting.
>
> Alan E. Seneczko
>
> Wessels Sherman Joerg Liszka Laverty Seneczko P.C.

**EXHIBIT E**

**From:** oruckstuhl@aplawoffice.com <oruckstuhl@aplawoffice.com>
**Sent:** Wednesday, August 18, 2021 3:19 PM
**To:** Alan E. Seneczko <alseneczko@wesselssherman.com>
**Cc:** 'Victor Arellano' <varellano@aplawoffice.com>; 'Doug Phebus' <dphebus@aplawoffice.com>
**Subject:** Correa vs. Elite

Alan:

Below please find the plaintiff's answer, with attachments, to the defendant's first requests for admissions, interrogatories, and requests for production of documents regarding the above-captioned matter.

I'm using Adobe Acrobat.
You can view "2021 8 18 (Final) P's Answer to D's First RTA, ROGs, PODs.pdf" at:
https://documentcloud.adobe.com/link/track?uri=urn:aaid:scds:US:6ef3fe66-f575-4bdd-b105-21ff9bff7e6c

You can view "2018 income tax records.jpg" at:
https://documentcloud.adobe.com/link/track?uri=urn:aaid:scds:US:5d9a42bc-435f-4482-a803-d70568736f62
You can view "2018 income taxes.jpg" at:
https://documentcloud.adobe.com/link/track?uri=urn:aaid:scds:US:c2c5a0a5-422a-40a4-b62f-fe7e12b91a3f
You can view "2018 W2.jpg" at:
https://documentcloud.adobe.com/link/track?uri=urn:aaid:scds:US:a7aa5b14-b19c-498d-850d-57ae7f4d5391
You can view "2019 income tax records.jpg" at:
https://documentcloud.adobe.com/link/track?uri=urn:aaid:scds:US:43c206a3-e8e3-4da5-a3aa-721c7b755990
You can view "2019 income taxes.jpg" at:
https://documentcloud.adobe.com/link/track?uri=urn:aaid:scds:US:3e752a2c-8a6d-4c74-bdfb-d0d0efdf2fbd
You can view "New Recor1_5.mp3" at:
https://documentcloud.adobe.com/link/track?uri=urn:aaid:scds:US:46a57831-7036-4a89-af70-dea341aa84d8

Should you have any questions, please do not hesitate to contact our office.

Thank you!

Olivia Ruckstuhl, CP

*Litigation Paralegal/Office Manager*

# Arellano & Phebus, S.C.

1468 North High Point Road, Suite 102

Middleton, WI 53562

Telephone: 608.827.7680

Facsimile: 608.827.7681

www.aplawoffice.com

The information contained in this transmission is intended only for the personal and confidential use of the designated recipient named above. This transmission may be an attorney-client communication, and as such is privileged and confidential. If the receiver of the transmission is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited.