UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

DANIEL CORREA-OSORIO,

Plaintiff,

vs. Case No. 2:21-cv-00235-BHL

ELITE FINISHING, LLC,

Defendant.

---

Zoom Videoconference Deposition of DANIEL CORREA-OSORIO
Tuesday, October 19, 2021
9:54 a.m.
with all parties appearing via Zoom videoconference

Reported by Julie A. Poenitsch, RPR/RDR/CRC/CRR

Case 2:21-cv-00235-BHL Filed 12/30/21 Page 1 of 6 Document 19-14

Zoom Videoconference Deposition of DANIEL CORREA-OSORIO, a witness in the above-entitled action, was taken at the instance of the Defendant, under and pursuant to the Federal Rules of Civil Procedure, and pursuant to Notice, before me, JULIE A. POENITSCH, RPR/RDR/CRC, Certified Realtime Reporter, and Notary Public in and for the State of Wisconsin, with all parties appearing via Zoom videoconference, on the 19th day of October, 2021, commencing at 9:54 a.m. and concluding at 12:18 p.m.

A P P E A R A N C E S

ARELLANO & PHEBUS, S.C., by
Mr. Victor Arellano
1468 North High Point Road, Suite 102
Middleton, Wisconsin 53562
appeared via videoconference
on behalf of the Plaintiff.

WESSELS SHERMAN JOERG LISZKA LAVERTY SENECZKO P.C., by
Mr. Alan E. Seneczko
1860 Executive Drive, Suite E-1
Oconomowoc, Wisconsin 53066
appeared via videoconference
on behalf of the Defendant.

ALSO PRESENT VIA VIDEOCONFERENCE:
Ms. Dawn Maldonado, Spanish interpreter
Mr. Jaime Maliszewski, Elite Finishing
Ms. Olivia Ruckstuhl, Paralegal

INDEX

| EXAMINATION | PAGE |
|---|---|
| By Mr. Seneczko | 4 |
| By Mr. Arellano | 53 |
| By Mr. Seneczko | 64 |
| By Mr. Arellano | 68 |

EXHIBITS

| NUMBER | | PAGE IDENTIFIED |
|---|---|---|
| Exhibit 1 | Acknowledgment of Receipt of Employee Handbook | 16 |
| Exhibit 2 | Employee Warning Notice | 33 |

(Original exhibits were attached to original transcript; copies to transcript copies.)

REQUESTS

(No requests were made.)

A Yes, correct.

Q And she's the human resources manager at Elite?

A Yes, correct.

Q Do you know Jose Lopez?

A Yes, correct.

Q And he's the plant manager at Elite?

A That's what I understand.

Q Okay. Do you recall meeting with Atiya and Jose Lopez on March 22nd, 2019?

THE INTERPRETER: Could you repeat the date for the interpreter?

MR. SENECZKO: March 22nd, 2019.

THE WITNESS: Yes, correct.

BY MR. SENECZKO:

Q Okay. And what was the purpose of that meeting?

A Well, I think it was a pretext against some of the things that I have mentioned or brought up regarding things that I saw and heard about him.

Q About who?

A Jose Lopez.

Q Okay. So what happened in that meeting?

A They mentioned some matters that were -- supposedly happened, those of which I was not in agreement with.

Q Okay. What matters did they mention?

Case 2:21-cv-00235-BHL Filed 12/30/21 Page 4 of 6 Document 19-14

A That I was -- that I was leaving the company facilities without permission.

Q What else?

A And that supposedly, I was leaving the tanks full and not cleaning the press.

Q Anything else?

A That was basically what they were alleging in the meeting.

Q Did you record the meeting?

A Yes.

Q Did you record the entire meeting?

A Yes.

Q Did you inform Atiya and Jose that you were recording the meeting while it was happening?

MR. ARELLANO: Objection. Relevance. You may answer.

Do you understand the question? You want the question read back?

THE WITNESS: Could it be read again?

(The last question was read.)

THE WITNESS: Correct.

BY MR. SENECZKO:

Q You told them that you were recording the meeting?

A Yes.

Q Okay. Do you have a copy of that entire recording?

Case 2:21-cv-00235-BHL Filed 12/30/21 Page 5 of 6 Document 19-14

A No.

Q What happened to it?

A I lost it.

Q When did you lose it?

A Approximately six months.

Q Six months ago?

A Correct.

Q And how did you lose it?

A They took the phone from my car.

Q Who took the phone from your car?

A I don't know.

Q So it was on your cell phone, and your cell phone was stolen?

A Correct.

Q And you no longer have that phone?

A No.

Q During the meeting with Atiya and Jose, did they tell you that the purpose of the meeting was to issue you a disciplinary warning?

A Yes, that is what they said.

Q Okay. I'm going to share my screen with you again.

And do you see a copy of the Employee Warning Notice?

A Yes, correct.

MR. SENECZKO: And just, I would like the