# Arellano & Phebus, S.C.

**ATTORNEYS**
VICTOR M. ARELLANO **
DOUGLAS J. PHEBUS*

*NATIONALLY CERTIFIED
CIVIL TRIAL ADVOCATE

**FORMER COURT
COMMISSIONER

WISCONSIN SUPER LAWYERS
LEADERS IN THE LAW
AMERICA'S TOP 100
ATTORNEYS ®

1468 N. HIGH POINT ROAD, SUITE 102
MIDDLETON, WI 53562-3683
TELEPHONE: 608-827-7680
FACSIMILE: 608-827-7681
_____

**THIRD WARD**
316 N. MILWAUKEE STREET, LL-16
MILWAUKEE, WI 53202
TELEPHONE: 414-672-7680
_____

WWW.APLAWOFFICE.COM

**DIRECT ALL MAIL TO THE MIDDLETON ADDRESS**

**OFFICE MANAGER, TRIAL LITIGATION, SENIOR PARALEGAL**
OLIVIA RUCKSTUHL, CP
_____

**CRIMINAL/IMMIGRATION**
MAYRA CEBALLOS – PARALEGAL

**GENERAL LITIGATION (MILW OFFICE)**
MARIA HERNANDEZ – PARALEGAL

**WORKER'S COMPENSATION**
LINDSAY GUADARRAMA – PARALEGAL

**WORKER'S COMPENSATION**
FERNANDO MORA – PARALEGAL

March 17, 2022

**VIA ELECTRONIC FILING**
Honorable Brett Ludwig
United States District Court
Eastern District of Wisconsin (Milwaukee)

    Re:    *Daniel Correa-Osorio v. Elite Finishing, LLC*
             Case No. 21CV235

Judge Ludwig:

    Pursuant to Your Honor's Order, attached herewith is a response for information regarding the plaintiff, Daniel Correa. The information referenced herein contains the Affidavit of Daniel Correa and Exhibits 1 – 4. There was a subpoena that was issued in order to obtain the documents requested by the Court. As soon as those documents are received, they will be submitted to the Court and to the defense counsel.

                      Respectfully,

                      ARELLANO & PHEBUS, S.C.

                      *s/ Victor M. Arellano*
                      Victor M. Arellano, Esq.
                      Douglas J. Phebus, Esq.

VMA:or
c:    All Counsel of Record (Via Electronic Filing)
      Mr. Daniel Correa

*Injury    Workers Compensation    Employment/Labor    Criminal    Immigration    General Litigation*