March 8th, 2022

To whom it Might Concern:

I Yanna C Moscoso Urbaez declare that the LG CELL PHONE Model K20 plus, the same one that was owned by Daniel Correa - Osorio from August 14, 2018 to May 18, 2020, was deactivated due to having a broken screen and being in very poor condition.

The LG cell phone Model K20 plus was replaced by a Galaxy A20, the same one that was a gift from me, this new cell phone cost was $200 dollars and was paid through a bank transaction from the account number ending 001 and the transaction# 027-001 POS #009089 Metro by Metro T-Mobile Milwaukee WI, day of transaction 05/18/2020.

In addition, I declare that the LG Model K20 cell phone was stolen from Daniel Correa-Osorio's car. I am fully prepared to present this statement in person in a judicial or criminal process so that I can offer more information regarding this matter.

*[signature]*

---

Yanna C Mosco Urbaez

I, LINDA HERNANDEZ CERTIFY THAT THIS DOCUMENT ITS TRUTHFUL, THE PERSON IN NEED OF THIS DOCUMENT TO BE TRANSLATED CAME DIRECTLY WITH ORIGINAL COPY.

*[signature]*

LINDA HERNANDEZ

I, JEANNETTE E. DIAZ RODRIGUEZ NOTARY PUBLIC OF THE STATE OF WISCONSIN CERTIFY THAT THE ABOVE IS A TRUE TRANSLATION OF THE ORIGINAL DOCUMENT AND THAT BOTH DOCUMENTS WERE PRESENTED BEFORE ME ON THIS March 8, 2022

*[signature]*

JEANNETTE E. DIAZ-RODRIGUEZ
NOTARY PUBLIC
STATE OF WISCONSIN
06/19/2022

JEANNETTE E DIAZ-RODRIGUEZ
Notary Public
State of Wisconsin

Exhibit 1