March, 08 2022

To Whom it Might Concern:

Daniel Correa-Osorio informed me about the theft of his cell phone that was inside his 2010 Audi Q5, I Reinaldo Vázquez Caraballo with Driver's License V226-7205-9129-02, went with Daniel and saw his car and it was all trashed.

The vehicle 2010 Audi Q5 was parked next to my garage. I Reinaldo Vázquez Caraballo rent the second floor of my duplex to Daniel Correa and his wife. They are responsible people of excellent moral character.

If you have any questions, please contact me

414-578-9007

*Reinaldo Vzqrz* (signature)

Reinaldo Vazquez Caraballo

I, Jeannette E. Diaz Rodriguez, Notary Public from the state of Wisconsin, certify and attest that before me, Reinaldo Vazquez Caraballo the name is shown in the attached identification, testing satisfactory public and private identity.

Sworn before me on this March 08, 2022. A Notary Public, in the county of Milwaukee, state of Wisconsin

JEANNETTE E DIAZ-RODRIGUEZ

NOTARY PUBLIC

STATE OF WISCONSIN

MY COMMISSION EXPIRES JUN/19/2022

JEANNETTE E DIAZ-RODRIGUEZ
Notary Public
State of Wisconsin