IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

DANIEL CORREA-OSORIO
2608 S 7TH ST
MILWAUKEE, WI 53215,

    Plaintiff,                                                Case No. 21CV235

v.

ELITE FINISHING, LLC
C/O JAIME J. MALISZEWSKI
3270 S 3RD STREET
PO BOX 210500
MILWAUKEE, WI 53221

    Defendant.

## SUBPOENA PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 45

To:    T-Mobile
        c/o Attorney Danielle Garten
        Ms. Jayne McGrath
        danielle.garten1@t-mobile.com
        jayne.mcgrath7@t-mobile.com

**YOU ARE HEREBY COMMANDED TO PRODUCE TRUE AND CORRECT COPIES OF THE FOLLOWING DOCUMENTS:**

1. All cell phone records for the Android LG K20 plus cell phone, which was activated August 14, 2018 through May 18, 2020, including but not limited to the following:

   a). Copies of any monthly statements, invoices, or documents.

   b). The device history, purchase record and payment history for the device, as recorded in the account, including any data stored electronically and accessible by on-line access to the account.

**YOU ARE COMMANDED TO PRODUCE THESE RECORDS BY APRIL 9, 2022.**

Dated this 10th day of March, 2022.

            ARELLANO & PHEBUS, S.C.
            Attorneys for Plaintiff

            *s/ Victor M. Arellano*
            Victor M. Arellano
            SBN: 1011684
            varellano@aplawoffice.com
            Douglas J. Phebus
            SBN: 1029524
            dphebus@aplawoffice.com
            1468 North High Point Road, Suite 102
            Middleton, Wisconsin 53562
            T: (608) 827-7680
            F: (608) 827-7681

2

Case 2:21-cv-00235-BHL     Filed 03/17/22     Page 2 of 2     Document 27-5