

Honorable Brett Ludwig
Unite State District Court
Eastern District of Wisconsin
Case No. 2:-CV-00235-BHL
21-C-235

Plaintiff: Mr. Daniel Correa-Osorio
1308 W Bolivar Ave, Milwaukee, WI 53221

Defendant: Elite Finishing LLC
3270 RD St Milwaukee, WI 53207

April 05, 2022.

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2022 APR -6 P 1: 53

CLERK OF COURT

Your Honor: Brett Ludwig

Please allow this letter to serve as my request may offer additional information to dispute this case. The circumstantial evidence to show that the decision is not the real reason. I, Daniel Correa-Osorio, the plaintiff in this case. I started work at Elite Finishing LLC, located on 3270 Rd ST, Milwaukee, WI on April 22, 2013 through March 25, 2019 for the time period that I worked I never had issues with attendance or performance.

I passed the probationary period and I was hired on through the company which shows that I'm a responsible employee.

I believe my employee treated me unfavorably in many ways based on my national origin on march 13, 2019 I protested to the manager plant Jose Lopez about racist comments towards dark-skinned people that although simple offhand comments alone may not be illegal but Jose Lopez comments occur frequently and so severe in nature that they cause a hostile offensive workplace. Also I protest about unsafe working conditions the circumstantial evidence of this protest is in the declaration under oath of the representative of human resources Atiya Hassan on September 8, 2020 and them I complained to the Manager plant Jose Lopez why I had been paid $13.20 per hour $8.90 less than my co-worker Victor Orosco Rievra how has been paid $22.50 per hour for performing job that require equal carried out under the same establishment when I complained about that matters disparity my employer retaliated against me by giving to my poor job evaluation of the other accusations that are used as a pretext for my unfair dismissal I was qualified for the position and the same benefits this protest caused it to be replaced by another worker who us not a member of that protected class. I provide evidence that there was a legitimate reason for the employer's adverse reactions, There is a causal link between my claim and my employer's action

The moral and financial damage that this action has caused to me and my family changed my life forever.

I can only trust that I will have the opportunity and the right to present this case to a Jury.
Thank you, your Honor; Brett Ludwing for your time and consideration.

Date: 04/05/2022

Sincery
Daniel Correa-Osorio