March 4, 2022

To whom it might concern :



Before the Faith of a Notary Public, JEANNETTE E. DIAZ -RODRIGUEZ , and in full use of my mental faculties I Isaac Elena-Leonardo with Wissconsin ID # E454-4009-1053-07 certify that I worked at Elite Finishing LLC from 02/08/2014 until 08/06/2019 during that period of time Mr. Jose Lopez maintained a hostile environment for all black people, with comments and unequal treatment in many aspects, my co-worker Daniel Correa-Osorio was part of this group that was been discriminated, he was fired after protesting and exposing the unequal treatment and environment as well as the racist comments made by Jose Lopez towards Afro Latinos as well as African Americans.

I Isaac Elena-Leonardo am willing to present myself in any legal matter that has to do with this matter.

Isaac Elena-Leonardo

I, JEANNETTE E. DIAZ RODRIGUEZ, NOTARY PUBLIC FROM THE STATE OF WISCONSIN, CERTIFY AND ATTEST THAT BEFORE ME, Isaac Elena-Leonardo WHO NAME IS SHOWN IN THE ATTACHED IDENTIFICATION, TESTING SATISFACTORY PUBLIC AND PRIVATE IDENTITY.

SWORN BEFORE ME, ON THIS MARCH 4TH, 2022 A NOTARY PUBLIC IN THE COUNTY OF MILWAUKEE, STATE OF WISCONSIN.

JEANNETTE E DIAZ RODRIGUEZ
NOTARY PUBLIC
STATE OF WISCONSIN
MY COMMISSION EXPIRES JUNE 19TH OF 2022

{ JEANNETTE E DIAZ-RODRIGUEZ
Notary Public
State of Wisconsin }



JEANNETTE E DIAZ-RODRIGUEZ
Notary Public
State of Wisconsin