

5230 South 13th Street
Milwaukee, WI 53221
(414) 282-4779



3270 South 3rd Street
Milwaukee, WI 53207
(414) 489-9710

March 25, 2019

Mr. Daniel Correa,

This letter is to inform that your services are no longer required at Elite Finishing LLC and your employment has been terminated as of today March 25, 2019.

The decision was taken due to your unsatisfactory performance and violation to company's policies and procedures.

We wish you all the best. If you have any personal belongings in your locker please call our Plant Manager Jose Lopez at 414-397-02167 and set up a time to collect them. Your last check/payment stub will be mailed to your home address.

Sincerely,

*Hasan*

Atiya Hasan

HR Manager

414-292-2466

March 25, 2019

___*Yanna Moscoso*___ accepts the responsibility of hand delivering this sealed letter to Daniel Correa before his shift starts at 7 pm tonight.

Atiya Hasan

*[signature]*