**ATTORNEYS**
VICTOR M. ARELLANO **
DOUGLAS J. PHEBUS*

*NATIONALLY CERTIFIED
CIVIL TRIAL ADVOCATE

**FORMER COURT
COMMISSIONER

WISCONSIN SUPER LAWYERS
LEADERS IN THE LAW
AMERICA'S TOP 100
ATTORNEYS ®

1468 N. HIGH POINT ROAD, SUITE 102
MIDDLETON, WI 53562-3683
TELEPHONE: 608-827-7680
FACSIMILE: 608-827-7681
————————————
**THIRD WARD**
316 N. MILWAUKEE STREET, LL-16
MILWAUKEE, WI 53202
TELEPHONE: 414-672-7680
————————————
WWW.APLAWOFFICE.COM
**DIRECT ALL MAIL TO THE MIDDLETON ADDRESS**

**OFFICE MANAGER, TRIAL LITIGATION,
SENIOR PARALEGAL**
OLIVIA RUCKSTUHL, CP
————————————
**CRIMINAL/IMMIGRATION**
MAYRA CEBALLOS – PARALEGAL

**GENERAL LITIGATION (MILW OFFICE)**
MARIA HERNANDEZ – PARALEGAL

**WORKER'S COMPENSATION**
LINDSAY GUADARRAMA – PARALEGAL

**WORKER'S COMPENSATION**
FERNANDO MORA – PARALEGAL

April 3, 2023

**VIA ELECTRONIC FILING**
Honorable Brett Ludwig
United States District Court
Eastern District of Wisconsin (Milwaukee)

      Re:   *Daniel Correa-Osorio v. Elite Finishing, LLC*
             Case No. 21CV235

Judge Ludwig:

      Please be advised that the parties have settled the above-captioned matter. Kindly, please remove the April 5, 2023 Status Conference from the Court's calendar and issue an order for dismissal.

             Respectfully,

             ARELLANO & PHEBUS, S.C.

             *s/ Victor M. Arellano*
             Victor M. Arellano, Esq.
             Douglas J. Phebus, Esq.

VMA:or
c:     All Counsel of Record (Via Electronic Filing)
      Mr. Daniel Correa