# United States District Court
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| DANIEL CORREA-OSORIO, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:21-cv-00235-BHL |
| | ) | |
| ELITE FINISHING, LLC, | ) | |
|     Defendant. | ) | |

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Daniel Correa-Osorio, and Defendant, Elite Finishing LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter shall be dismissed on its merits and with prejudice, without costs or attorneys' fees to either party.

Dated this 6th day of April 2023.

By: /s/ *Victor M. Arellano*
Victor M. Arellano, State Bar No.1011684
Attorney for Plaintiff, Daniel Correa-Osorio
Arellano & Phebus, S.C.
1468 N. High Point Road, Suite 102
Middleton, WI 53562
Telephone: (608) 827-7680
Facsimile: (608) 827-7681
Email: varellano@aplawoffice.com

By: /s/ Alan E. Seneczko
Alan E. Seneczko, State Bar No. 1003523
Attorney for Defendant, Elite Finishing, LLC
Wessels Sherman Joerg Liszka Laverty Seneczko P.C
1860 Executive Drive, Suite E-1
Oconomowoc, Wisconsin 53066
Phone: (262) 560-9696
Fax: (262) 560-9677
Email: alseneczko@wesselssherman.com